1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MICHAEL ANTHONY MILLER,

11         Plaintiff,              No. 2:12-cv-1189 WBS JFM P

12    vs.

13  EDMUND G. BROWN, et al.,

14         Defendants.             <u>ORDER</u>

15  _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17  to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint,

18  plaintiff, who is presented housed in Kern Valley State Prison, alleges violations of his civil

19  rights by defendants.  The alleged violations took place in Kern County[1], which is part of the

20  Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u>

21  Local Rule 120(d).

22         Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23  the proper division of a court may, on the court's own motion, be transferred to the proper

24  division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25  _____

26      [1] Plaintiff has also asserted claims against defendants at Atascadero State Hospital,
    which is located in the Central District of California.

1

1  court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

2  request to proceed in forma pauperis.

3            Good cause appearing, IT IS HEREBY ORDERED that:

4            1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

5            2.  This action is transferred to the United States District Court for the Eastern

6  District of California sitting in Fresno; and

7            3.  All future filings shall reference the new Fresno case number assigned and

8  shall be filed at:

9            United States District Court
             Eastern District of California
10           2500 Tulare Street
             Fresno, CA 93721

11

12  DATED: September 27, 2012.

13

14                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
15

16  /014;mill1189.22

17

18

19

20

21

22

23

24

25

26